IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-183-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED ORDER |
| | ) | |
| NELSON CONTO | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Appoint Training Panel Attorney As Second Chair Attorney" (Document No. 47) filed August 6, 2019. The motion seeks to have CJA training panel attorney Brandon Roseman appointed as second chair attorney. Having carefully considered the motion and the record, and noting that the Government does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Appoint Training Panel Attorney As Second Chair Attorney" (Document No. 47) is **GRANTED**. Brandon Roseman shall be appointed as Second Chair Counsel in this matter.

**IT IS FURTHER ORDERED** that Mr. Roseman shall be compensated at one half the prevailing rate for his work as second chair counsel on this matter. Mr. Roseman's voucher should reflect this reduced rate.

Signed: August 8, 2019

David C. Keesler
United States Magistrate Judge